Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Norma Haggard**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Holbrook Motel Investors, LLC d/b/a Super 8 by Wyndham Holbrook**, an Arizona company; and **Shashikant Patel,** an Arizona resident;<br><br>Defendants. | Case No. 3:21-CV-08126-JTT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**(Assigned to the Hon. John J. Tuchi)** |

Notice is hereby given that pursuant to F.R.Civ.P. 41(a)(1)(A)(i), Plaintiff moves to dismiss Defendant Holbrook Motel Investors, LLC d/b/a Super 8 by Wyndham Holbrook without prejudice.

///

///

///

///

///

RESPECTFULLY SUBMITTED July 22, 2021.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd, Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2021, I electronically transmitted the foregoing document to the United States District Court, District of Arizona Court Clerk, using the CM/ECF System and sent via US mail to:

Holbrook Motel Investors, LLC d/b/a Super 8 by Wyndham Holbrook
Shashikant Patel
2596 Navaja Blvd.
Holbrook, AZ 86025

Holbrook Motel Investors, LLC d/b/a Super 8 by Wyndham Holbrook
Shashikant Patel
1907 W. Side Canyon Trl.
Phoenix, AZ 85085

/s/ Ashley Peschke