# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norma Haggard, | No. CV-21-08126-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Holbrook Motel Investors LLC, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Motion for Alternative Service (Doc. 18). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Alternative Service (Doc. 18).

**IT IS FURTHER ORDERED** that Plaintiff shall serve the Summons and Verified Amended Complaint and the Court's Order at Doc. 5 on Defendants via US Mail and Certified Mail at their residence at 1907 W. Side Canyon Trail, Phoenix, AZ 85085, and business address at 2596 E. Navajo Blvd, Holbrook, AZ, 86025.

Dated this 5th day of August, 2021.

Honorable John J. Tuchi
United States District Judge