IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norma Haggard,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Holbrook Motel Investors LLC, *et al.*,<br><br>　　　　Defendants. | No. CV-21-08126-PCT-JJT<br><br>**ORDER** |

On September 13, 2021, the Court entered an Order allowing counsel for Plaintiff to withdraw from representation in this matter and ordered Plaintiff to either retain new counsel who would file a notice of appearance by October 13 or provide notice to the Court by that date that she would represent herself. That deadline passe three weeks ago and Plaintiff has neither retained counsel nor advised she would represent herself. All correspondence sent by the Court to Plaintiff at her last known address has been returned as being invalidly addressed; thus the Court has no way to contact Plaintiff, and it is Plaintiff's responsibility to furnish the Court with a valid address, precisely so situations like this do not occur. The Court has no alternative but to dismiss this matter without prejudice.

IT IS ORDERED dismissing this matter without prejudice. The Clerk of Court shall close this case.

Dated this 17th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge